IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:16cr435-MHT |
| | ) | (WO) |
| LAVONNE Y. MARTIN | ) | |

## ORDER

Based on the record and the representations made on the record on February 6, 2018, it is ORDERED that:

(1) The petition to modify the conditions of supervision (doc. no. 31) is granted.

(2) Defendant Lavonne Y. Martin shall submit to a search of her person, residence, office, and vehicle pursuant to the search policy of the court.

(3) Probation is to arrange for defendant Martin to receive, at least, two mental-health counseling sessions.

DONE, this the 7th day of February, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE